IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| KRISTY HUDDLESTON, | ) | CASE NO.  1:17 CV 02200 |
| | ) | |
| Plaintiff, | ) | JUDGE DAN AARON POLSTER |
| | ) | |
| *v.* | ) | |
| | ) | **JOINT MOTION OF THE PARTIES** |
| BPR-RICO MANUFACTURING, INC. | ) | **FOR APPROVAL OF CONFIDENTIAL** |
| | ) | **SETTLEMENT AND DISMISSAL OF** |
| Defendant. | ) | **THE ACTION** |

For the reasons set forth below, Plaintiff Kristy Huddleston and Defendant BPR-RICO Manufacturing, Inc., hereby move this Court for an Order: (1) approving the confidential settlement as fair and reasonable, and (2) dismissing the case, with prejudice, each party to bear its own costs and attorneys' fees.

In support of this Motion, the parties state that:

1. Plaintiff alleged in the Complaint, among other things, claims for alleged unpaid compensation under the Fair Labor Standards Act, 29 U.S.C. §§ 201 et seq. ("FLSA") and Ohio Revised Code Chapter 41111.

2. Defendant contended, and continues to contend, that Plaintiff was not entitled to the claimed overtime compensation for a variety of reasons.

3. Plaintiff and Defendant are represented by their respective counsel.

4. In an effort to reach a compromise and to avoid the expense and burden of litigation, the parties, without any admission of liability as to any of the asserted claims, have reached a settlement of all claims asserted in the pending action.  The terms are embodied in the Confidential Joint Stipulation of Settlement Release, which will be provided to the Court separately rather than filed as an Exhibit so that its confidentiality may be maintained.

5. Plaintiff's counsel believes that the proposed Settlement is fair and reasonable. *See* Exhibit 1.

5. The proposed settlement between the parties is contingent upon the Court's review and approval and issuance of an Order approving the settlement as fair and reasonable.

6. Provided the Court provides the approval sought herein, the parties, pursuant to Fed. R. Civ. P. 41, hereby stipulate to the dismissal of this case, with prejudice, each party to bear its own attorneys' fees and costs. The parties request that the Court retain jurisdiction to enforce the terms of their agreement.

WHEREFORE, Plaintiff and Defendant request that the Court enter an Order (*see* Exhibit 2) (1) approving the confidential settlement agreement between the parties as fair and reasonable; and (2) dismissing this case with prejudice, each party to bear its own attorneys' fees and costs.

Respectfully submitted,


/s/ Lori Griffin
Lori M. Griffin (0085241)
The Lazzaro Law Firm, LLC
920 Rockefeller Building
614 West Superior Avenue
Cleveland, OH 44113
Telephone:  216-696-5000
Facsimile: 216-696-7005
lori@lazzarolawfirm.com
*Attorney for Plaintiff*

/s/ *Brian J. Kelly*
Brian J. Kelly (0063679)
bkelly@frantzward.com
FRANTZ WARD LLP
200 Public Square, Suite 3000
Cleveland, OH  44114
Telephone:  216-515-1660
Facsimile:  216-515-1650
*Attorneys for Defendant*

## <u>CERTIFICATE OF SERVICE</u>

A copy of the foregoing was filed electronically on March 22, 2018.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

*/s/ Lori M. Griffin*_____
**Attorney for Plaintiff**