IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| KRISTY HUDDLESTON, | ) | CASE NO.  1:17 CV 02200 |
| | ) | |
| Plaintiff, | ) | JUDGE DAN AARON POLSTER |
| | ) | |
| v. | ) | |
| | ) | **ORDER OF DISMISSAL AND** |
| BPR-RICO MANUFACTURING, INC. | ) | **APPROVING SETTLEMENT** |
| | ) | |
| Defendant. | ) | |

THIS CAUSE having come before the court on the Confidential Joint Motion for Approval of Settlement and Stipulation of Dismissal With Prejudice as to Plaintiff's Complaint, such stipulation including the parties' Joint Stipulation of Settlement and Release, and due cause appearing therefore, it is hereby:

ORDERED AND ADJUDGED as follows:

1. This Court hereby accepts and approves the proposed settlement and holds that proposed settlement submitted by the parties is a fair and reasonable settlement of a bona fide dispute over the provisions of the Fair Labor Standards Act; and

2. The above case is hereby DISMISSED WITH PREJUDICE; each party to bear his/its own attorneys' fees and costs except as otherwise provide by the settlement agreement.  All pending deadlines are stricken as moot.  This Court shall retain jurisdiction to ensure the parties' settlement agreement is executed.

ORDERED this  23rd  day of   March                      , 2018.

_____
JUDGE DAN AARON POLSTER